AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF __FLORIDA__

TASTY FRIES, INC., a
Nevada Corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 01- [illegible] CIV-KING

ERIC COHEN, Individually, and
E-VEST CORPORATION, a Florida
Corporation,

TO: (Name and address of defendant)

ERIC COHEN
11111 Biscayne Boulevard
Miami, FL   33181

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Myles J. Tralins
Tralins And Associates
One Biscayne Tower
2 S. Biscayne Blvd. - #2930
Miami, FL 33131
(305) 374-3300

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                         APR 0 9 2001

CLERK                                                   DATE

(BY) DEPUTY CLERK